IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
J & J SPORTS PRODUCTIONS, INC.,     :
                                    :
            Plaintiff,              :    CIVIL ACTION
                                    :
     v.                             :    No. 08-cv-5225
                                    :
KIM D. MOODY and                    :
NIGHT WINDS LOUNGE, INC.,           :
                                    :
            Defendants.             :
```

**ORDER**

AND NOW, this 28th day of May, 2009, upon consideration of Plaintiff's Motion for Default Judgment (Doc. No. 7), and it appearing to the Court that the Motion is uncontested, that a default has been entered by the Clerk against Defendants for failure to answer or otherwise plead to the plaintiff's complaint on February 18, 2009, and for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is GRANTED in the amount of $2,000.00 in statutory and enhanced damages.  See generally Fed. R. Civ. P. 55(b).

BY THE COURT:


s/J. Curtis Joyner

J. CURTIS JOYNER, J.